LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Phone: (415) 391-0600
Fax: (415) 395-8095
E-mail: peter.wald@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Adam M. Regoli (SBN 262903)
140 Scott Drive
Menlo Park, California 94025
Phone: (650) 328-4600
Fax: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        adam.regoli@lw.com

Attorneys for Defendants Mellanox
Technologies, Ltd., Eyal Waldman,
Michael Gray, and Jacob Shulman

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re MELLANOX TECHNOLOGIES LTD. SECURITIES LITIGATION | Master File No. 3:13-cv-04909-JST<br><br>CLASS ACTION<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING DATE OF CASE MANAGEMENT CONFERENCE** |
| This Document Relates To:<br><br>ALL ACTIONS | Judge:     Hon. Jon S. Tigar |

**STIPULATED REQUEST AND [PROPOSED] ORDER**

WHEREAS, on October 30, 2013, the Court scheduled a Case Management Conference for April 2, 2014, at 2:00 p.m.;

WHEREAS, on January 10, 2014, due to a change in the Court's availability, the Court continued the Motion Hearing on Defendants' Motion to Dismiss previously set for February 27, 2014 at 2:00 p.m. to March 6, 2014, at 2:00 p.m.;

WHEREAS, on January 14, 2014, following a stipulated request by the parties, the Court continued the Motion Hearing from March 6, 2014 to March 27, 2014, at 2:00 p.m.;

WHEREAS, in order to avoid unnecessary expenditure of the Court's and parties' resources prior to the Court ruling on Defendants' Motion to Dismiss, the parties agree to continue the Case Management Conference scheduled for April 2, 2014, until after Defendants' Motion to Dismiss has been adjudicated.

NOW THEREFORE IT IS STIPULATED AND AGREED, subject to the Court's approval, that:

1.  The Case Management Conference currently scheduled for April 2, 2014 at 2:00 p.m. is continued to a date and time to be determined after the Court rules on Defendants' Motion to Dismiss.

IT IS SO STIPULATED

DATED: March 5, 2014                     LATHAM & WATKINS LLP

By: *s/* Patrick E. Gibbs
Patrick E. Gibbs
Adam M. Regoli
140 Scott Drive
Menlo Park, CA 94025
Phone: (650) 328-4600
Fax: (650) 463-2600

LATHAM & WATKINS LLP
Peter A. Wald
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | *Attorneys for Defendants Mellanox Technologies, Ltd., Eyal Waldman, Michael Gray, and Jacob Shulman* |
| 3 | | |
| 4 | | |
| 5 | Dated: March 5, 2014 | COHEN MILSTEIN SELLERS & TOLL |
| 6 | | |
| 7 | | By: *s/* S. Douglas Bunch<br>Steven J. Toll |
| 8 | | Daniel S. Sommers<br>S. Douglas Bunch |
| 9 | | Genevieve O. Fontan<br>1100 New York Avenue, N.W. |
| 10 | | West Tower, Suite 500 |
| 11 | | Washington, DC 20005-3964<br>Telephone: (202) 408-4600 |
| 12 | | Facsimile: (202) 408-4699 |
| 13 | | COHEN MILSTEIN SELLERS<br>& TOLL PLLC |
| 14 | | Michael Eisenkraft |
| 15 | | 88 Pine Street, Fourteenth Floor<br>New York, New York 10005 |
| 16 | | Telephone: (212) 838-7797<br>Facsimile: (212) 838-7745 |
| 17 | | |
| 18 | | POMERANTZ GROSSMAN HUFFORD<br>DAHLSTROM & GROSS LLP |
| 19 | | Marc I. Gross<br>Jeremy A. Lieberman |
| 20 | | Lesley F. Portnoy |
| 21 | | 600 Third Avenue, 20th Floor<br>New York, New York 10016 |
| 22 | | Telephone: (212) 661-1100<br>Facsimile: (212) 661-8665 |
| 23 | | |
| 24 | | POMERANTZ GROSSMAN HUFFORD<br>DAHLSTROM & GROSS LLP |
| 25 | | Patrick V. Dahlstrom<br>100 South LaSalle Street, Suite 3505 |
| 26 | | Chicago, IL 60603<br>Telephone: (312) 377-1181 |
| 27 | | Facsimile: (312) 377-1184 |
| 28 | | |

LAW OFFICE OF JACOB SABO
Jacob Sabo
# 3 Daniel Frisch St. (24th floor)
Tel-Aviv 64731
Telephone: 03-7161555
Facsimile: 03-7161556

GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy
Robert V. Prongay
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160

GLANCY BINKOW & GOLDBERG LLP
Joseph M. Barton
One Embarcadero Center, Suite 760
San Francisco, CA  94111
Telephone:  (415) 972-8160
Facsimile:  (415) 972-8166

*Attorneys for Lead Plaintiffs and the Class*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The initial case management conference is continued to June 4, 2014 at 2:00 p.m.  The joint case management statement is due May 21, 2014.

Dated: __March 6, 2014__

_____
Hon. Jon. S. Tigar
United States District Judge